# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK D. HENNINGS, | |
| Plaintiff(s), | Case No. 2:10-cv-1964-RLH-RJJ |
| vs. | **O R D E R** |
| BANK OF AMERICA HOME LOANS, | (Motion to Dismiss–#5) |
| Defendant(s). | |

Before the Court is Defendant's Motion to Dismiss (#5, filed November 17, 2010). Defendant filed a Notice of No Opposition to Motion to Dismiss (#11, filed December 10, 2010) by Plaintiff.

Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted. *Abbott v. United Venture Capitol, Inc.* 718 F.Supp. 828, 831 (D. Nev. 1989). It has been said these local rules, no less than the federal rules or acts of Congress, have the force of law. *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995). The United States Supreme Court itself has upheld the dismissal of a matter for failure to respond under the local court rules. *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89 S. Ct. 766 (1969).

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (#5) is granted.

Dated: January 4, 2011.

_____
Roger L. Hunt
Chief United States District Judge