ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com

*Attorneys for Defendant*
*BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans, Inc. improperly*
*named as Bank of America Home Loans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK D. HENNINGS,<br><br>                    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA HOME LOANS,<br><br>                    Defendant. | Case No.: 2:10-cv-01964-RLH-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order Granting Motion to Dismiss, and dismissing this case with prejudice on January 5, 2011 [Dkt. 13], and entered Judgment in favor of Defendant BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans, Inc., improperly named as Bank of America Home Loans ("BAC" or "Defendant") [Dkt. 14].

Defendant further requests that the lis pendens currently recorded against the subject property by Plaintiff Mark D. Hennings ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens Affecting Real Property ("Lis Pendens") on or about October 13, 2010, as Instrument No. 201010130001033 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

/ / /

UPON CONSIDERATION of Defendant's request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendant its requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant records a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 7, 2011

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendant*
*BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans, Inc.*
*improperly named as Bank of*
*America Home Loans*

{LV017052;1}                                                    2

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

Inst #: 201010130001033
Fees: $16.00
N/C Fee: $0.00
10/13/2010 11:11:14 AM
Receipt #: 538362
Requestor:
MARK D HENNINGS
Recorded By: AEA   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 139-02-116-023

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)

_____
**Type of Document**

**Recording Request By:**

Mark D. Hennings

**Return Documents To:**

| | |
|---|---|
| **Name** | Mark David Hennings |
| **Address** | 4715 RockPine Drive |
| **City/State/Zip** | North Las Vegas, NV  89081 |

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

APN: 139-02-116-023
Recording requested by and mail documents to:

Mark D. Hennings
4715 RockPine Drive
North Las Vegas, NV  89081

Mark D. Hennings
Plaintiff
vs.
Bank of America Home Loans
Defendant

United States District Court
District of Nevada

Case No. _____

FILED
Oct 13  10 55 AM '10

A-10-627155-C
III

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

NOTICE IS GIVEN that the above entitled action was filed in the above entitled court on _____, 2010 by Mark D. Hennings, Plaintiff, against Bank of America Home Loans, Defendant. The action affects the alledged mortgage and title to the specific property as further identified in the Complaint.

The real property affected by this action is situated in the City of North Las Vegas, County of CLARK, State of NEVADA and is described as follows:

**COMMONLY KNOWN ADDRESS:**     4715 RockPine Drive, North Las Vegas NV, 89002
**LEGAL DESCRIPTION:**

**LOT EIGHT FIVE (85) IN BLOCK FOUR (4) OF COBBLESTONE RIDGE PARCEL 3 PHASE 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 71 OF PLATS, PAGE 32 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

Notice of Pendency of Action          Page 1 of 2                              Initials: MDH
Dated  Oct 12  , 2010

_[signature]_
Mark D. Hennings
Plaintiff


STATE OF NEVADA   )
COUNTY OF CLARK   )

Subscribed and sworn to before me this 12Th day of October, 2010.

_[signature]_
Cynthia L. Castellanos
Notary

CYNTHIA L. CASTELLANOS
Notary Public, State of Nevada
Appointment No. 09-11335-1
My Appt. Expires Nov 21, 2013

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

_[signature]_
CLERK OF THE COURT
OCT 13 2010

Notice of Pendency of Action        Page 2 of 2                    Initials: _[initials]_